IN THE

TENTH COURT OF APPEALS




 
 
 
 
 
 
 


 



No. 10-11-00225-CV

 

In
the Interest of J.I.G., a Child

 

 



From the 13th District
Court

Navarro County, Texas

Trial Court No. 11-19865-AG

 



MEMORANDUM  Opinion










 

Appellant appeals the denial of a plea
to the jurisdiction.  Appellant has now filed a motion to dismiss the
appeal.    

Accordingly, this appeal is dismissed.  Tex. R. App. P. 42.1(a).

 

                                                                        TOM GRAY

                                                                        Chief
Justice

 

Before Chief
Justice Gray,

            Justice
Davis, and

            Justice
Scoggins

Appeal
dismissed

Opinion delivered
and filed July 13, 2011

[CV06]